UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dalgakiran Kompressor, San ve Tic Ltd.          CIVIL 10-757 PAM/JJK

         Plaintiff,                  **ORDER OF DISMISSAL**

v.

Modern Sales and Services, Inc.
*dba United States Air Compressor*

         Defendant.

--------------------------------------------------------------------------------------------

It appearing from the files and records that the case has been dormant since the date of filing,

Now therefore, Sua Sponte because of lack of prosecution the case is **DISMISSED.**

Provided that, the Court will retain jurisdiction for ten days from the date hereof to afford plaintiff the opportunity, if so advised to move to vacate this Order of Dismissal.

Dated: August   30  , 2010

                        *s/ Paul A. Magnuson*
                        Paul A. Magnuson**,** Judge
                        United States District Court